

Serge F. Petroff
Steven Amshen*
Christopher Villanti
David R. Smith
James Tierney
Jill Schaefer
(*admitted in New York & New Jersey)

February 3, 2020

**Chief Judge Carla E. Craig**
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

|  |  |
|---|---|
| **Case Name**: | Marie Jacques |
| **Case No.**: | 1-19-47364-cec |
| **Re**: | [13] [20] Motion to Dismiss Case |

Dear Honorable Craig,

     This office represents the Debtor, Marie Jacques, in the instant Chapter 13 bankruptcy case. Please allow this letter to advise the Court that the Debtor is hereby withdrawing her Reply to the Chapter 13 Trustee's Motion to Dismiss Case. As such, the Debtor has no objections to the Motion and is respectfully asking this Court to waive Debtor's and her counsel's appearance at the hearing on February 4, 2020.

     Should Your Honor have any questions, please feel free to contact the undersigned.

                                  Sincerely,

                                  */s/ Steven Amshen*
                                  Steven Amshen, Esq.